## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM

**Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within 14 days after entry of judgment. The $450 docketing fee (if the appellant prevails) and the cost of copying formal briefs and appendices are the only costs taxable in the court of appeals. Local Rule 39(a). Enter costs for any docketing fee paid and any briefs or appendices filed and served in the spaces provided. The number of copies required for filing and service (as summarized below) can be found in Local Rules 30(b) & 31(d). Any objections to costs must be filed within 14 days (plus 3 days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

**Limit on Brief/Appendix Copy Costs:** (number of pages) x (number of required filing & service copies) x ($.15/ page)

    **Briefs:** (8 file copies + 0 service copies)

    **Sealed briefs:** (4 file copies + 1 service copy for each lead counsel)

    **Appendix volumes:** (6 file copies + 1 service copy for each lead counsel)

    **Sealed appendix or exhibit volumes:** (4 file copies + 1 service copy for each lead counsel)

    (appointed counsel is required to file only 6 briefs and 5 appendices)

Case Number & Caption: _____

Prevailing Party Requesting Taxation of Costs: _____

| | | | | |
|---|---|---|---|---|
| **Docketing Fee:** May be claimed by inserting $450 at right ($5 filing fee must be claimed in district court) | | | | Charge: _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | **x 8 Copies** | **x $.15/page** | Charge: _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | **x 8 Copies** | **x $.15/page** | Charge: _____ |
| **Brief filed on:**_____ | **No. of Pages:** _____ | **x 8 Copies** | **x $.15/page** | Charge: _____ |
| **Sealed Brief filed on:**_____ | **No. of Pages:** _____ | **x (4 + ____ service) Copies** | **x $.15/page** | Charge: _____ |
| **Sealed Brief filed on:**_____ | **No. of Pages:** _____ | **x (4 + ____ service) Copies** | **x $.15/page** | Charge: _____ |
| **Appendix filed on:**_____ | **No. of Pages:** _____ | **x (6 + ____ service) Copies** | **x $.15/page** | Charge: _____ |
| **Appendix filed on:**_____ | **No. of Pages:** _____ | **x (6 + ____ service) Copies** | **x $.15/page** | Charge: _____ |
| **Sealed Appendix or exhibit volumes filed on:**_____ | **No. of Pages:** _____ | **x (4 + ____ service) Copies** | **x $.15/page** | Charge: _____ |
| **TOTAL AMOUNT CLAIMED IN BILL OF COSTS** | | | | |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.

2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 or other statutory authority permits an award of costs in this case.

3. I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

**Signature:** _____  **Date:** _____

### Certificate of Service

I certify that on this date I served this document as follows:

**Signature:** _____  **Date:** _____

**Gibson Moore Appellate Services, LLC**

421 East Franklin Street
Suite 230
Richmond, VA 23219

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/10/2012 | 4405 |

| Bill To |
|---------|
| Joshua W. Dixon<br>K&L GATES LLP<br>134 Meeting Street, Suite 200<br>Charleston, SC 29401 |

| Case |
|------|
| 12-1899<br>Dash v. Mayweather, et al. |

| Terms | Due Date | Rep | File Date |
|-------|----------|-----|-----------|
| Net 15 | 12/25/2012 | TMS | 12/7/2012 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 4th EE Base... | 4th Appellee's Brief Base Fee (Public) | | 125.00 | 125.00 |
| 4th EE Brief | 4th Appellee's Brief Per Page Fee (16 copies of 57 pages = 912) | 912 | 0.35 | 319.20T |
| Compose | Composition of Tables/Formatting/Preparation of Public Version Per Hour Fee | 2.75 | 135.00 | 371.25 |
| Electronic F... | Electronic Preparation and Filing | | 75.00 | 75.00 |
| 4th EE Base... | 4th Appellee's Brief Base Fee (Conf.) | | 125.00 | 125.00 |
| 4th EE Brief | 4th Appellee's Brief Per Page Fee (12 copies of 57 pages = 684) | 684 | 0.35 | 239.40T |
| Paralegal | | | 135.00 | 135.00 |
| Electronic F... | Electronic Preparation and Filing | | 75.00 | 75.00 |
| UPS/FedEX | UPS/FedEx Charges | | 34.00 | 34.00 |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Fed. ID 20-1820925

| Total | |
|-------|--|
| | $1,498.85 |

Finance Charge Notice: All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |