# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 22, 2014

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Anthony Lawrence Dash
          v. Floyd Mayweather, Jr., et al.
          No. 13-867
          (Your No. 12-1899)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 21, 2014 and placed on the docket January 22, 2014 as No. 13-867.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst